

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000    fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Randi Kochman
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6309
Writer's Direct Fax:
Writer's E-Mail: RKochman@coleschotz.com

November 10, 2025

**Via ECF**

Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**. The Initial Case Management Conference and deadline to submit a proposed case management plan are adjourned sine die.

Dated: November 12, 2025
New York, NY

SO ORDERED
/s/ Robyn F. Tarnofsky
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:    Jose Alfredo Acosta Villegas, et al. v. Chez Josephine Ltd., et al.
       1:25-cv-03863 (ALC) (RFT)

Dear Judge Tarnofsky:

This Firm represents defendants Chez Josephine Ltd. and Manuel Uzhca ("Defendants") in the above captioned matter. Please accept this letter motion respectfully requesting an adjournment of the Initial Case Management Conference currently scheduled for November 18, 2025, and of the deadline to submit a Proposed Case Management Plan by November 12, 2025.

This Firm will be filing a motion to withdraw as counsel for Defendants under Local Civil Rule 1.4(b) forthwith. Should the court grant that motion, any dates set forth in the Proposed Case Management Plan may be subject to change. The undersigned submits that the forthcoming motion constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1). The undersigned has Plaintiffs' consent in making this adjournment request.

We thank the Court for its time and consideration in reviewing this request.

Respectfully submitted,

*/s/ Randi Kochman*

Randi W. Kochman

RK:spc
cc: All counsel of record