UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Alfredo Acosta Villegas,<br><br>                Plaintiff,<br><br>  -against-<br>Chez Josephine Ltd., et al.,<br><br>              Defendants. | 25-CV-03863 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Wednesday, November 19, 2025 at 10:00 a.m.** Defendants and Counsel for Defendants should be prepared to discuss the Motion for Leave to Withdraw as Counsel at ECF 17.

      Counsel for Defendant shall serve a copy of the motion to withdraw and supporting affidavit [ECF 17 to 18] and this Order [ECF 20] on Defendants and file proof of service by November 14, 2025.

      Counsel for Plaintiff is welcome to attend but is not ordered to.

      At the scheduled time of the conference, please dial (646) 453-4442, Access Code: 119 328 76#.

DATED:  November 12, 2025  
           New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge