UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ALFREDO ACOSTA VILLEGAS, SAMUEL DAVID TOVAR RODRIGUEZ, ULIZES MENJIVAR, AND MARCO CABRERA,

        Plaintiffs,

  -against-

CHEZ JOSEPHINE LTD. AND MANUEL UZHCA, jointly and severally,

        Defendants.

25-CV-03863 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference was scheduled for November 19, 2025 at 10:00 AM to address the motion to withdraw by counsel for Defendants (ECF 17); counsel for Defendants was ordered to serve Defendants with the motion papers as well and my order scheduling the conference and ordering Defendants to attend (ECF 20), and counsel filed proof of service by Federal Express on the docket (ECF 22). Counsel for Defendants and counsel for Plaintiffs appeared but Defendants did not. I am rescheduling the conference to discuss the motion to withdraw for **Monday November 24, 2025 at 10:00 AM**. At the scheduled time of the conference, please dial **(646) 453-4442,** Access Code: **449 347 678#**.

      Defendants and counsel for Defendants are **ORDERED** to attend; counsel for Plaintiffs may attend but is not required to do so. Defendants are admonished that failure to appear as required may result in my granting Defendants' counsel's motion to withdraw without Defendants having a chance to be heard on the request to withdraw. Defendant Chez Josephine

is further admonished that a company may not represent itself in a litigation and that failure to find replacement counsel will lead to my recommendation to Judge Andrew Carter that judgment should be entered against Defendant Chez Josephine. Defendant Uzhca is further admonished that failure to appear as required and defend himself in this litigation may result in my requiring Plaintiffs to begin default judgment proceedings against him.

Counsel for Defendants is required to serve this order on Defendants by mail and to any known email addresses of Defendants and to file proof of such service on the docket by **November 21, 2025**.

DATED:   New York, New York
         November 19, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge