UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ALFREDO ACOSTA VILLEGAS, SAMUEL
DAVID TOVAR RODRIGUEZ, ULIZES MENJIVAR,
AND MARCO CABRERA,

                Plaintiffs,

    -against-

CHEZ JOSEPHINE LTD. AND MANUEL UZHCA,
jointly and severally,

                Defendants.

25-CV-03863 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on January 6, 2026, the parties shall meet and confer about Defendants' production of financial records in aid of settlement and shall file a joint letter on **January 26, 2026** on 1) the status of that production and 2) whether the parties would prefer to have a follow up mediation session or a settlement conference with me; if the parties do not agree I will issue a mediation order. By **January 30, 2026**, Plaintiff shall file the anticipated motion to amend; Defendants shall file oppositions by **February 16, 2026**, and Plaintiff shall file any reply by **February 23, 2026**.

DATED:    January 6, 2026
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge