LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Sara Isaacson

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.738.9358
sara@lipskylowe.com

www.lipskylowe.com

August 21, 2026

VIA ECF
The Honorable Robyn F. Tarnofsky, U.S.M.J
U.S. District Court for the Southern District of New York
500 Pearl Street
Brooklyn, New York 10007

Re: *Villegas, et al.*, v. *Chez Josephine Ltd., et al,* Case No. 1:25-cv-3863

Dear Judge Tarnofsky:

This firm represents Plaintiffs. The parties have reached agreement on the terms of a proposed Offer of Judgment, a copy of which is attached hereto as Exhibit A.

While both parties have agreed to the Offer of Judgment and Defendant's acceptance, the parties respectfully request that it not be filed at this time, as Defendant is currently in the process of obtaining a loan to satisfy the judgment amount. The parties will notify the Court once financing has been secured and the Offer of Judgment is ready to be filed.

We thank the Court for its attention and consideration to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Sara J. Isaacson
Sara J. Isaacson

Application GRANTED. The parties shall file a status update regarding Defendant's progress in obtaining a loan to satisfy the judgment amount by **September 21, 2026**. The Clerk of Court is respectfully requested to terminate ECF 73.

Dated: August 24, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE