UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JOSE ALFREDO ACOSTA VILLEGAS, et al.,**

**Plaintiffs,**

**-against-**

**CHEZ JOSEPHINE LTD., et al.,**

**Defendant.**

**25-cv-3863 (ALC)**

**JUDGMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

WHEREAS pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Chez Josephine Ltd., Manuel Uzhca, and Christopher Uzhca (collectively, "Defendants"), have offered to allow judgment to be entered against them and in favor of Plaintiffs Jose Alfredo Acosta Villegas, Samuel David Tovar Rodriguez, Ulises Menjivar, and Marco Cabrera (collectively, "Plaintiffs"); and

WHEREAS the offer of judgment encompasses all of Plaintiffs' Causes of Action brought under the Fair Labor Standards Act ("FLSA"), New York Labor Law, New York State Human Rights Law, New York City Human Rights Law, and New York common law, as contained in the Complaint, based upon facts existing as of the date of the acceptance of the offer; and

WHEREAS all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHERAS Plaintiffs have confirmed acceptance of Defendants' offer of judgment; it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that judgment in the amount of Two Hundred and Fifty Thousand Dollars and Zero Cents ($250,000) against Defendants, jointly and

severally, and in favor of Plaintiffs shall be entered encompassing all of Plaintiffs' employment related Causes of Action contained in the Complaint in this Action.

**SO ORDERED.**

Dated: October 20, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**